535 A.2d 1052

**LONDON GROVE TOWNSHIP, Appellant,**

v.

**SOUTHEASTERN CHESTER COUNTY
REFUSE AUTHORITY.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1987.

Decided Jan. 19, 1988.

John H. Spangler, West Chester, for appellant.

Roger E. Legg, West Chester, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.